**JOSEPH R. MCMAHON, ET AL**

**VERSUS**

**CITY OF NEW ORLEANS**

\*    **NO. 2018-CA-0842**

\*    **COURT OF APPEAL**

\*    **FOURTH CIRCUIT**

\*    **STATE OF LOUISIANA**

\*

\*

\* \* \* \* \* \* \*

<table>
<tr><td>

**CONSOLIDATED WITH:**

**DARLENE WASHINGTON-WAPEGAN, CAROLYN BLACKMAN, JOSEPH E. ALVEREZ, AND CORINNE DUCRE**

**VERSUS**

**CITY OF NEW ORLEANS**
</td><td>

**CONSOLIDATED WITH:**

**NO. 2018-CA-0843**
</td></tr>
<tr><td>

**CONSOLIDATED WITH:**

**DAVID C. JARRELL**

**VERSUS**

**CITY OF NEW ORLEANS**
</td><td>

**CONSOLIDATED WITH:**

**NO. 2018-CA-0844**
</td></tr>
<tr><td>

**CONSOLIDATED WITH:**

**DAVID C. JARRELL**

**VERSUS**

**CITY OF NEW ORLEANS**
</td><td>

**CONSOLIDATED WITH:**

**NO. 2018-CA-0845**
</td></tr>
<tr><td>

**CONSOLIDATED WITH:**

**DOUGLAS M. KLEEMAN AND GREGORY J. MCDONALD**

**VERSUS**

**CITY OF NEW ORLEANS**
</td><td>

**CONSOLIDATED WITH:**

**NO. 2018-CA-0846**
</td></tr>
</table>

**BROWN, J., CONCURS WITH REASONS.**

I write separately to acknowledge the overall impact this decision will have on the City of New Orleans (the "City) as a result of repayment of the fees and fines collected from the issuance of ATES tickets. As noted by the majority, DPW's enforcement of traffic regulations, pursuant to ATES ordinances, was in violation of the City's home charter rule. As a result of the invalid ordinances, the affected citizenry, who were erroneously mandated to pay the City these fees and fines, are entitled to be made whole.